**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN,                                    TELEPHONE: 212-748-1636
ATTORNEY AT LAW                                          FAX: 212-858-7750
                                                         E-MAIL: CARVLIN@HOTMAIL.COM

February 2, 2021

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

> Application granted.
> SO ORDERED
>                            /s/ John G. Koeltl
> February 2, 2021           John G. Koeltl
> New York, NY                    U.S.D.J.

        Re:    United States v. Jason Castillo
               17-cr-740 (JGK)

Dear Judge Koeltl:

        I was counsel for Jason Castillo in his prosecution under 17-cr-740 (JGK). Mr. Castillo has asked that I represent him on his pending motion for sentence reduction under § 3582(c)(1)(A)(i). I ask that the Court assign me as counsel for this purpose. My intention would be to supplement Mr. Castillo's existing motion to address some of the factors the Court is required to consider in ruling on Mr. Castillo's motion. Specifically, I would like to submit medical records and Mr. Castillo's progress reports from the Bureau of Prisons, which document his actions since his incarceration.

        I have consulted with the Assistant United States Attorney who is representing the government in this case, and the government takes no position with respect  to my request.

                                        Respectfully submitted,


                                        _____/s/_____


cc:     AUSA Anden Chow (via ECF)