UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -                    17-cr-740 (JGK)

JASON CASTILLO,                  ORDER

          Defendant.

JOHN G. KOELTL, District Judge:

The Government should respond to the motion to reduce the defendant's sentence by May 24, 2021. The defendant may reply by June 7, 2021.

SO ORDERED.

Dated:    New York, New York
         June 7, 2021

                                      John G. Koeltl
                              United States District Judge